# State Of Tennessee
## In the Circuit Court of Hamilton County

KIMBERLY BLALOCK
<u>                                </u>
Plaintiff

No. <u>17C350</u>

NEW YORK LIFE INSURANCE COMPANY
<u>                                </u>
Defendants

FILED IN OFFICE
2017 MAR 10 AM 8:04
LARRY L. HENRY, CLERK
BY: _____ DC

## SUMMONS

**TO:** <u>NEW YORK LIFE INSURANCE COMPANY, c/o CT CORPORATION SYSTEM, 800 SOUTH GAY STREET, KNOXVILLE, TN 37929</u>
Defendant                     Address

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this <u>10</u> day of March, 2017.

Larry L. Henry, Circuit Court Clerk

By: _____
Deputy Circuit Court Clerk

Attorneys for Plaintiff <u>JAMES A. MEANEY, III</u>

<u>319 NORTH SELVIDGE STREET, DALTON, GA 30720-3108</u>

Plaintiff's Address <u>C/O JAMES A. MEANEY, III, 319 NORTH SELVIDGE STREET DALTON, GA 30720-3108</u>

Received this _____ day of March, 2017.

/S/ _____
Deputy Sheriff

## COST BOND

I hereby acknowledge and bind myself for the prosecution of this action and payment of all costs in this court which may at any time be adjudged against the plaintiff in the event said plaintiff shall not pay the same.

Witness My Hand this _____ day of _____, 2017.

BY: _____


EXHIBIT A

Case 1:17-cv-00093-RLJ-CHS   Document 1-1   Filed 04/10/17   Page 1 of 6   PageID #: 5

**State of Tennessee,**
**County of Hamilton**

I, Larry L. Henry, Clerk of the Circuit Court, in and for the State and County aforesaid, hereby certify that the within and foregoing is a true and correct copy of the original writ of summons issued in this case.

Larry L. Henry, Circuit Court Clerk

BY: _____ D.C.

### Officer's Return

I certify that I served this summons together with the complaint as follows:

☐ On _____, 2017, I delivered a copy of the summons and complaint to the defendant,

☐ Failed to serve this summons within 30 days after its issuance because: _____

**Jim Hammond, Sheriff**

BY: _____
Deputy Sheriff

### Clerk's Return

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____, 2017.

_____
Defendant

**Larry L. henry, Circuit Court Clerk**

BY: _____ D.C.

### Notice to Defendant(s)

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of this list. Certain items are automatically exempt by law and do not need to be listed; these included items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

| | |
|---|---|
| KIMBERLY BLALOCK, <br>     Plaintiff, | * <br> * <br> *    DOCKET NUMBER |
| -Versus- | * <br> *    17 C 350 |
| NEW YORK LIFE INSURANCE CO., <br>     Defendant. | * <br> * |

FILED IN OFFICE
2017 MAR 23 AM 10:06
LARRY L. HENRY, CLERK
BY ___ DC

## AFFIDAVIT OF SERVICE

State of Georgia
County of Whitfield

    Personally appeared before the undersigned attesting officer, authorized to administer oaths, James A. Meaney, III, who, after being duly sworn, deposes and states as follows:

    I am a resident of the State of Georgia, I am over eighteen (18) years of age, and I am licensed to practice law in the State of Tennessee.

    I hereby certify that pursuant to the provisions of Rule 4 of the Tennessee Rules of Civil Procedure I did, on the 10th day of March, 2017, serve the named Defendant, New York Life Insurance Company, by mailing a copy of the Complaint and a certified copy of the Summons by Certified Mail – Return Receipt Requested, to its registered agent, CT Corporation System, 800 South Gay Street, Knoxville, Tennessee 37929-9710 and that this Affidavit constitutes a true return of service on the named Defendant. The original postal receipt (PS Form 3800) and the original signed domestic return receipt (PS Form 3811) are attached hereto as Exhibit "A."

_____
Affiant

Sworn to and subscribed before me
this 20 day of March, 2017.

_____
Notary Public
My Commission expires: _____



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $0.77

Sent To: New York Life Ins c/o CT Corp
Street, Apt No.; or PO Box No. 800 S Gay St Ste 2021
City, State, ZIP+4: Knoxville TN 37929

PS Form 3800, August 2006       See Reverse for Instructions

(Postmark: DALTON GA 30720-9998, MAR 10 2017)



SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
New York Life Insurance
c/o CT Corp System
800 South Gay ST
Ste 2021
Knoxville TN 37929-9710

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Samantha Sutton ☐ Agent ☐ Addressee
B. Received by (Printed Name) MAR 13 2017
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): 7012 1010 0003 1201 3918

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

KIMBERLY (SUTPHIN) BLALOCK, )
    PLAINTIFF, )
                                 ) DOCKET NUMBER
VS.                           ) 17C350
NEW YORK LIFE INSURANCE COMPANY, )
    DEFENDANT )

## COMPLAINT

### FACTS

Comes the plaintiff by her counsel and shows the following facts as the basis for the relief hereinafter requested.

Loyd Ray Sutphin, a resident of Henagar, Alabama, purchased a life insurance policy with a death benefit of $320,000 from New York Life in 2011. His daughter was the named beneficiary. He married plaintiff in October, 2012. He changed beneficiaries on his life insurance on December 12, 2012 naming his daughter and his wife as joint beneficiaries.

Sutphin worked at Engineered Mechanical Systems in Chattanooga, Tennessee. He purchased his policy of insurance from the New York Life Agent, William Johnson, in Chattanooga. His life insurance premiums were deducted from is paycheck by his employer in Chattanooga.

Sutphin and plaintiff were divorced February 29, 2016. Six months later they reunited sans marriage. Stuphin then purchased an additional life insurance policy through his employer naming plaintiff as beneficiary.

Loyd Ray Sutphin departed this life in an ATV accident on December 22, 2016. New York Life Insurance Company has declined payment due to Alabama Law, i.e., Sec. 30-4-17 *Code of Alabama*.

Alabama Law does not apply. The place of the contract was Tennessee sold by a Tennessee representative of the defendant. The undisputed facts involved in this matter are as follows:
    a.    The place of negotiating the contract – Tennessee

b. The place of performance of the contract – Tennessee
c. Business location of the parties – Tennessee
d. Intent of the parties (New policy for wife) – Tennessee
e. Domicile of the plaintiff – Alabama

There is nothing in this transaction involving Alabama other than the domicile of the parties. The more significant relationship to the transaction is with the State of Tennessee. Under Tennessee Law, *Tenn. Code Ann.* Sec 56-7-102 the plaintiff is entitled to recover under the policy.

## COUNT ONE

1. On December 12, 2012, Policyholder Loyd R. Sutphin, Jr. added his wife, Kimberly Blalock Sutphin as a beneficiary with his daughter on New York Life Insurance Company policy number 39 648 864.

2. Sutphin had previously purchased the policy of insurance from New York Life Insurance Company through its local Chattanooga Agent, William Johnson. The policy had been solicited through Sutphin's employer Engineered Mechanical Systems, Inc. of Chattanooga, Tennessee. Premiums were deducted from his wages and paid directly to New York Life Insurance Company.

3. The policy holder, Loyd R. Sutphin was killed accidentally on December 22, 2016. Appropriate claim for policy benefits were made by the plaintiff and refused by defendant.

4. As beneficiary, plaintiff is entitled to the proceeds of the policy of insurance.

**WHEREFORE**, plaintiff claims of the defendant $160,000.00, interest and costs.

James A. Meaney, III
BPR 013683
Attorney for Plaintiff

319 Selvidge Street
Dalton, GA 30720-3108
706-275-6022
706-275-6076 Facsimile
jam@perrottalaw.com